JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARESH S PATEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01455-AG-ADS<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate, IT IS ORDERED that the above-referenced action is dismissed in its entirety, with prejudice, and that this court shall retain jurisdiction to enforce the terms of the settlement agreement reached in this Action.

**IT IS SO ORDERED.**

DATED: October 2, 2019

_____
HONORABLE ANDREW J. GUILFORD